**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Acosta, Bernardo | 7/3/1996 | MO | Eastern District of Missouri | No | Yes | No | Testicular Cancer | Counts I-XI |
| 2. | Adams, Duron | 6/4/1989 | MN | District of Minnesota | No | Yes | No | Kidney Cancer | Counts I-XI |
| 3. | Ahmed, Syed | 8/14/1956 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 4. | Ahsaf, Kathryn | 2/15/1961 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 5. | Akers, Vickie | 12/11/1964 | MO | Eastern District of Missouri | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 6. | Allen, Renae | 5/11/1961 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 7. | Allen, Oladipo | 10/7/1970 | PA | Eastern District of Pennsylvania | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 8. | Allen, Anthony | 10/1/1986 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 9. | Alpy, Linda | 10/5/1981 | NV | District of Nevada | No | Yes | No | Thyroid Disease | Counts I-XI |
| 10. | Ambeau, Marie C | 1/12/1955 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 11. | Ancelet, Arthor | 4/3/1969 | LA | Eastern District of Louisiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 12. | Anderson, Darwood T | 2/16/1949 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Angel, Jacob | 1/17/1990 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 14. | Angell, Kelly | 11/22/1959 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 15. | Annis, Stephanie | 7/13/1978 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 16. | Aretakis, George | 9/30/1994 | MO | Eastern District of Missouri | No | Yes | No | Testicular Cancer | Counts I-XI |
| 17. | Arlequeeuw, Glenn | 5/6/1963 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I-XI |
| 18. | Armstead, Beverly | 1/27/1955 | NE | District of Nebraska | No | Yes | No | Liver Cancer | Counts I-XI |
| 19. | Arnold, Tamara | 9/25/1974 | IA | Southern District of Iowa | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 20. | Arnold, Robin | 10/2/1949 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 21. | Arrington, Christopher | 11/21/1969 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 22. | Arrington, Erica | 7/24/1978 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 23. | Ashe, Stephanie As Representative of the Estate of Ashe, Sherry | | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer, Liver Cancer, Thyroid Cancer | Counts I-XI |
| 24. | Ashley, Landon M | 6/9/2007 | MI | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 25. | Aton, Don | 11/11/1960 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 26. | Austin, Gary Odell | 8/24/1958 | NM | District of New Mexico | No | Yes | No | Thyroid Disease | Counts I-XI |
| 27. | Awbrey, Barbara K | 12/17/1959 | GA | Middle District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 28. | Babin, Natasha | 4/30/1977 | LA | Eastern District of Louisiana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 29. | Bailey, David | 12/9/1964 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer, Ulcerative Colitis | Counts I-XI |
| 30. | Bailey, Demarcus | 4/6/1984 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 31. | Bailey-Stobbs, Thackeray | 4/9/1984 | IL | Northern District of Illinois | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 32. | Baker, Kimberly | 7/11/1961 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 33. | Baker, James | 3/17/1976 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Baldwin, Anthony | 5/16/1965 | OR | District of Oregon | No | Yes | No | Testicular Cancer | Counts I-XI |
| 35. | Balise, Bernard | 12/26/1937 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I-XI |
| 36. | Ballesteros, Esperanza | 7/24/1973 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 37. | Barfield, William | 5/22/1967 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 38. | Barker, John | 10/29/1967 | OH | Southern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 39. | Barrett, John | 5/24/1966 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 40. | Bates, Rene | 8/20/1960 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 41. | Beasley, Justin | 9/23/1977 | NV | District of Nevada | No | Yes | No | Testicular Cancer | Counts I-XI |
| 42. | Becknell, Jarrod | 5/27/1987 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 43. | Bell, James | 9/5/1974 | OR | District of Oregon | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 44. | Bena, Lisa | 8/15/1968 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 45. | Benford, Erskine | 2/7/1974 | NV | District of Nevada | No | Yes | No | Kidney Cancer | Counts I-XI |
| 46. | Billy, Azilee | 8/9/1964 | SC | District of South Carolina | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 47. | Black, Allie | 6/24/1963 | DC | District of the District of Columbia | No | Yes | No | Liver Cancer | Counts I-XI |
| 48. | Bolds, Dominique | 2/21/1985 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 49. | Boone, Andrew | 1/27/1985 | IA | Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I-XI |
| 50. | Booth, Joel | 11/21/1972 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 51. | Borsodi, Lisa A. | 7/21/1964 | MO | Eastern District of Missouri | No | Yes | No | Thyroid Disease | Counts I-XI |
| 52. | Bosarge, Jacob A | 9/17/1985 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 53. | Boudreaux, Angie As Representative of the Estate of Boudreaux, Lemuel | 11/23/1943 | TX | Western District of Texas | No | Yes | No | Liver Cancer | Counts I-XI |
| 54. | Bowen, Joseph A | 11/1/1952 | MO | Eastern District of Missouri | No | Yes | No | Testicular Cancer | Counts I-XI |
| 55. | Bowermaster, Tina | 7/28/1957 | FL | Southern District of Florida | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 56. | Brautigan, Amy H. | 5/9/1976 | ME | District of Maine | No | Yes | No | Thyroid Disease | Counts I-XI |
| 57. | Breon, Eric | 12/4/1976 | NY | Eastern District of New York | No | Yes | No | Testicular Cancer | Counts I-XI |
| 58. | Bricker, Jesse | 8/29/1974 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 59. | Bridges, Michael | 9/9/1975 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 60. | Brisby, Curnita as Parent and Natural Guardian of Minor E.B. | 12/1/2008 | OK | Western District of Oklahoma | No | Yes | No | Liver Cancer | Counts I-XI |
| 61. | Ruby, Gerald | 10/17/1944 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 62. | Rundquist, Robert H. | 9/15/1962 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 63. | Russell Jr, Adam | 1/6/1950 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 64. | Sailor, Jan As Representative of the Estate of Sailor, William | 2/12/1954 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 65. | Saizan, Ryan | 3/17/1979 | MS | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 66. | Sanders, Tony | | AR | Eastern District of Arkansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 67. | sanders, brian | 10/29/1958 | TN | Western District of Tennessee | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 68. | Santoro, Steve | 2/14/1954 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 69. | Schaefer, Robert | | FL | Southern District of Florida | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 70. | Schlechtweg, Lulu | 10/8/1927 | AR | Eastern District of Arkansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 71. | Sears, Anne | 5/13/1958 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 72. | Selvi Junior, James | 7/27/1957 | IN | Northern District of Indiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 73. | Serkin, Warren | 9/29/1945 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 74. | Severin, Assounta | 11/28/1972 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 75. | Sexton, Thomas | 8/13/1946 | IN | Northern District of Indiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 76. | Showers, Stephen | 1/3/1969 | KS | District of Kansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 77. | Sigmon, Phobee | 2/4/1958 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 78. | Siler, Sue S. | 9/28/1965 | WV | Northern District of West Virginia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 79. | Simpson, John E. | 12/4/1964 | MS | Northern District of Mississippi | No | Yes | No | Thyroid Disease | Counts I-XI |
| 80. | Skinner, Manasseh | 6/24/1951 | GA | Middle District of Georgia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 81. | Sloan, Scott | 10/26/1964 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 82. | Smiley, Ernest | 4/7/1954 | OH | Southern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 83. | Smith, Timothy | 7/27/1961 | AL | Middle District of Alabama | No | Yes | No | Testicular Cancer | Counts I-XI |
| 84. | Smith, Alayne E | 8/17/1953 | TN | Western District of Tennessee | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 85. | Smith, Lamont | 9/21/1959 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 86. | Smith, Tim | 5/28/1963 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 87. | Smith, Charles L. | 12/14/1949 | NJ | District of New Jersey | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 88. | Specht, III, Leroy E | 2/3/1954 | CT | District of Connecticut | No | Yes | No | Thyroid Disease | Counts I-XI |
| 89. | Stafford, Betty J As Representative of the Estate of Stafford, Kelly | 9/24/1966 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 90. | Stearns, William | 12/31/1951 | SC | District of South Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 91. | Stein, Pamela As Representative of the Estate of Stein, Chris | 12/24/1931 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 92. | Stephens, Lois | 11/20/1947 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 93. | Stevenson, Trevin | 6/15/1995 | OK | Western District of Oklahoma | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 94. | Stiles, Haley | 11/17/1991 | PA | Eastern District of Pennsylvania | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 95. | Stinson, James | 10/29/1946 | MS | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 96. | Street, John | 8/3/1958 | TN | Western District of Tennessee | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 97. | Sugart, Larry | 4/20/1963 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 98. | Sugden, Irma | 4/2/1953 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 99. | Swift, Mitchell | 3/9/1957 | MA | District of Massachusetts | No | Yes | No | Thyroid Disease | Counts I-XI |
| 100. | Syphax, Susan As Representative of the Estate of Syphax, Robert B | 7/26/1941 | UT | District of Utah | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 101. | Talmadge, Gerard | 7/29/1949 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 102. | Tankard, Gregory | 12/23/1967 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 103. | Taylor, Richard | 9/24/1966 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Tedder, William | 9/25/1959 | GA | Middle District of Georgia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 105. | Rogers, Nicole As Representative of the Estate of Temples, Donna | 3/16/1958 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 106. | Terrell, Ronald | 6/19/1954 | MD | District of Maryland | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 107. | Thomas, Jesse J | 6/16/1956 | VA | Eastern District of Virginia | No | Yes | No | Testicular Cancer | Counts I-XI |
| 108. | Thomas Taylor, Tanya As Representative of the Estate of Thomas, Dexter | 5/10/1928 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 109. | Thompson, James E | 1/27/1963 | TX | Western District of Texas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 110. | Tiemann, Melvin A. | 9/3/1949 | MO | Eastern District of Missouri | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 111. | Tomsic Jr, William H | 1/30/1950 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 112. | Toussaint, Justin | 9/19/2002 | CO | District of Colorado | No | Yes | No | Kidney Cancer | Counts I-XI |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Trausneck Jr., Edwin | 12/19/1943 | GA | Middle District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 114. | Tubbs, Ron | 11/25/1946 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 115. | Valenzuela, Mary | 8/15/1949 | AZ | District of Arizona | No | Yes | No | Thyroid Disease | Counts I-XI |
| 116. | Valverde, Jean | 5/7/1946 | MO | Eastern District of Missouri | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 117. | Vega, Luis | 6/1/1966 | TX | Western District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 118. | Vera, Lupita | 1/2/1995 | CO | District of Colorado | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 119. | Wahlert, Randall | 12/3/1951 | NM | District of New Mexico | No | Yes | No | Thyroid Disease | Counts I-XI |
| 120. | Walker, Rahkaela | 6/6/1996 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 121. | Walker, James A | 7/18/1962 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-XI |
| 122. | Walker, Karen | 7/24/1957 | MN | District of Minnesota | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 123. | Walker, Amani | 3/5/2003 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 124. | Walker, Allegra | 11/19/2001 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 125. | Warfield, Anthony | 6/3/1962 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 126. | Wasson, William | 1/10/1960 | NC | Western District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 127. | Watkins, Eddie | 1/11/1959 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 128. | Weaver, Billie D. | 8/22/1980 | CO | District of Colorado | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 129. | Weeks, Kevin W. | 5/3/1975 | TX | Western District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 130. | Chavis, Regina As Representative of the Estate of Wei, Jacqueline C | 7/28/1980 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |
| 131. | Welch, Florence P. | 1/11/1946 | NM | District of New Mexico | No | Yes | No | Thyroid Disease | Counts I-XI |
| 132. | Werner, Anthony | 9/22/1973 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 133. | Wesolek, Michael | 9/23/1950 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Disease | Counts I-XI |
| 134. | West, Kristie | 8/29/1955 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 135. | Westberry, Thelma | 6/15/1936 | SC | District of South Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 136. | Will, Kelly | 9/30/1958 | OR | District of Oregon | No | Yes | No | Thyroid Disease | Counts I-XI |
| 137. | Williams, Ronny | 6/16/1958 | NC | Western District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 138. | Williams, Charles | 8/7/1965 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 139. | Williams, Charles | 11/1/1951 | VA | Eastern District of Virginia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 140. | Wills, Kelly As Representative of the Estate of Wills, Thomas | 5/22/1971 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 141. | Wilson, Paul | 1/1/1937 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 142. | Wilson, Terry D. | 7/22/1953 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 143. | Wilson Jr., Russell | 12/26/1936 | IL | Northern District of Illinois | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 144. | Winklaar, Walter | 12/5/1959 | NJ | District of New Jersey | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 145. | Wittig, Samantha L | 3/12/1989 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 146. | Wood, Ronald | 12/4/1959 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 147. | Woodham, Garry | 2/6/1968 | IN | Northern District of Indiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 148. | Wright, Antrinita | 6/25/1962 | MN | District of Minnesota | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 149. | Wright, Johnney | 12/21/1968 | FL | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 150. | Young, Issac | 1/1/1960 | GA | Middle District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |